# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00685-CV

**Elgin Independent School District, Jodi Duron, Byron Mitchell, Angie Edmon, Beth Walterscheidt, Peter Bega, Juanita Valarie Neidig, J. D. Harkins, and David Glass, Appellants**

**v.**

**Elgin United EISD Parents, Jennifer Culver, Deborah Gibson, Tammy Johnston, and Kellie Scott, Appellees**

### FROM THE 21ST DISTRICT COURT OF BASTROP COUNTY
### NO. 1937-21, THE HONORABLE CARSON TALMADGE CAMPBELL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Elgin Independent School District, Jodi Duron, Byron Mitchell, Angie Edmon, Beth Walterscheidt, Peter Bega, Juanita Valarie Neidig, J. D. Harkins, and David Glass have filed an agreed motion to dismiss this appeal. We grant appellants' motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Chari L. Kelly, Justice

Before Chief Justice Byrne, Justices Kelly and Smith

Dismissed on Appellants' Motion

Filed: June 16, 2022